DISMISS; Opinion filed October 29, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-12-01192-CV
_____

**EXCO OPERATING COMPANY, LP AND
BG US PRODUCTION COMPANY, LLC, Appellants**

**V.**

**TAUREN EXPLORATION, INC. AND CUBIC ENERGY, INC., Appellees**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-12425**

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Bridges

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants inform

the Court that the parties have settled their differences. Accordingly, we **GRANT** appellants'

motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

_____
DAVID L. BRIDGES
JUSTICE

121192F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EXCO OPERATING COMPANY, LP AND
BG US PRODUCTION COMPANY, LLC,
Appellants

No. 05-12-01192-CV      V.

TAUREN EXPLORATION, INC. AND
CUBIC ENERGY, INC., Appellees

Appeal from the 298th Judicial District Court
of Dallas County, Texas. (Tr.Ct.No. DC-11-
12425).
Opinion delivered by Justice Bridges, Justices
Richter and Lang, participating.

    Based on the Court's opinion of this date, the appeal is **DISMISSED**.

    It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered October 29, 2012.

DAVID L. BRIDGES
JUSTICE